NOTE: CHANGES MADE BY COURT

# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVER DE JESUS RAMOS, on behalf of himself and all other similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CATHYJON ENTERPRISES, INC. a California Corporation, CALIFORNIA FAUCETS, INC., a California Corporation, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 8:23-cv-01101-JVS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE PLAINTIFF'S INDIVIDUAL CLAIMS AND TO DISMISS HIS COMPLAINT WITHOUT PREJUDICE [34]** |

///

///

///

# ORDER

Having reviewed the Parties' Joint Stipulation to Arbitrate Plaintiff's Individual Claims and to Dismiss the Complaint Without Prejudice and accompanying materials [34] (the "Stipulation"), the files and record of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. Plaintiff's claims against Defendants are **COMPELLED TO ARBITRATION** on an individual basis pursuant to the terms of the Arbitration Agreement;

2. Plaintiff's Class Action Complaint against Defendants is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  August 4, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE